THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v MICHAEL J. BIALEK, Appellant. [834 NYS2d 920]—Appeal from a judgment of the Oneida County Court (Barry M. Donalty, J.), rendered March 10, 2005. The judgment convicted defendant, upon his plea of guilty, of criminal possession of a controlled substance in the third degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed (*see People v Hidalgo*, 91 NY2d 733, 737 [1998]). Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Green, JJ.

 THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON F. GOOD, Appellant. [831 NYS2d 90]—Appeal from a judgment of the Genesee County Court (Robert C. Noonan, J.), rendered September 6, 2005. The judgment convicted defendant, upon his plea of guilty, of burglary in the second degree.

It is hereby ordered that the judgment so appealed from be and the same hereby is unanimously affirmed. Present—Scudder, P.J., Hurlbutt, Centra, Fahey and Green, JJ.